**UNITED STATES of America, Plaintiff, v. YOUNGSTOWN SHEET & TUBE CO., The Cold Metal Process Co. et al., Defendants.**

**Civ. No. 25709.**

United States District Court
N. D. Ohio, E. D.

Aug. 20, 1952.

John J. Kane, Jr., U. S. Atty., Cleveland, Ohio, H. G. Morison, Asst. Atty. Gen., Roy C. Hackley, Jr., Sp. Asst. Atty. Gen., Alfred C. Aurich, Sp. Asst., Philadelphia, Pa., and Clyde A. Norton of the Department of Justice, New York City, for plaintiff.

John B. Putnam, Cleveland, Ohio, Clyde Comstock, Cleveland, Ohio, Cravath, Swaine & Moore, New York City, for Youngstown Sheet & Tube Co.

Andrew P. Martin, Frank Harrison, Cleveland, Ohio, for American Rolling Mill Co.

John B. Putnam, Cleveland, Ohio, Cravath, Swaine & Moore, New York City, for Bethlehem Steel Co.

W. C. Plummer, Pittsburgh, Pa., for Jones and Laughlin Steel Corp.

W. A. McAfee, Russell C. Grahame, Cleveland, Ohio, for Wheeling Steel Corporation.

Harry W. Lindsey, Jr., Chicago, Ill., Earl W. LeFever, Cleveland, Ohio, for Inland Steel Co.

426

Earl W. LeFever, Cleveland, Ohio, for Crucible Steel Co. of America.

Andrew P. Martin, Frank Harrison, Cleveland, Ohio, for Allegheny Ludlum Steel Corporation and Wallingford Steel Co.

Frank Harrison, Cleveland, Ohio, for Signode Steel Strapping Co.

Hershey, Donaldson, Williams & Stanley, Baltimore, Md., for Crown Cork and Seal Company, Inc.

Wm. H. Webb, Pittsburgh, Pa., Clarence B. Zewadski, Detroit, Mich., Franklin B. Powers, Youngstown, Ohio, Howard F. Burns, Cleveland, Ohio, for Cold Metal Process Co. and Union Nat. Bank of Youngstown, Ohio, as trustee of the Leon A. Beeghly Fund.

MILLER, Circuit Judge. (Sitting by designation.)

The pending motions in this case involve questions similar to the ones disposed of this day by the Court in an opinion in United States v. Thomas Steel Corporation, D.C., 107 F.Supp. 418, and the rulings made in that case will, where applicable, also apply in this case.

Counsel for Cold Metal will prepare and tender appropriate order for entry.